**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ROBBY ARNOLD | * | |
| PLAINTIFF | * | CIVIL ACTION NO. 14-765-SDD-EWD |
| | * | |
| VS. | * | |
| | * | |
| EQUIFAX INFORMATION SERVICES, L.L.C. | * | |
| CASHCALL, INC., SELENE FINANCE, LP, | * | |
| SELECT PORTFOLIO SERVICING, INC.., | * | |
| CAPITAL ONE BANK (USA), N.A, AND | * | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | * | |

**NOTICE OF SETTLEMENT**

NOW INTO COURT, through undersigned counsel, comes Robby Arnold, plaintiff herein, who notifies the court that he has settled his claims against defendants Selene Finance, LP and Select Portfolio Servicing, Inc., and requests the court enter a conditional dismissal of his claims against these defendants.

                                                s/Garth J. Ridge
                                              **GARTH J. RIDGE**
                                              Bar Roll Number:  20589
                                              Attorney for Plaintiff
                                              251 Florida Street, Suite 301
                                              Baton Rouge, Louisiana 70801
                                              Telephone Number:  (225) 343-0700
                                              Facsimile Number: (225) 343-7700
                                              E-mail: GarthRidge@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of October, 2017, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                s/Garth J. Ridge
                                              **GARTH J. RIDGE**
                                              Bar Roll Number:  20589
                                              Attorney for Plaintiff
                                              251 Florida Street, Suite 301

Baton Rouge, Louisiana 70801
Telephone Number:  (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com