UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBBY ARNOLD                                CIVIL ACTION NO. 14-cv-765

    **Plaintiff**                              **JUDGE DICK**

**VERSUS**                                  **MAGISTRATE JUDGE BOURGEOIS**

EQUIFAX INFORMATION SERVICES, L.L.C.
CASHCALL, INC., SELENE FINANCE, L.P.,
SELECT PORTFOLIO SERVICING, INC.,
CAPITAL ONE BANK (USA), N.A., AND
EXPERIAN INFORMATION SOLUTIONS, INC.

    **Defendants**

## **JUDGMENT**

The Voluntary Joint Motion to Dismiss considered;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Complaint (Doc. Rec. 1) and any and all claims asserted therein, are dismissed with prejudice and with each party to bear its own attorney's fees and costs.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana on this  24th  day of _____April_____, 2018.

                                                */s/ Shelly D. Dick*
                                        Judge, United States District Court
                                        Middle District of Louisiana